**Joe AITRO, Appellant,**

v.

**Henry S. CLAPPER; David Munton; George Nichols; City of Lockwood, Missouri; Lockwood, MO Police Department; Ryan Robison; Ruth Cottingham; Tamara Dewild; Lathrop & Gage, L.C., Appellees.**

No. 05–2896.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 28, 2006.

Decided: Sept. 5, 2006.

---

Joe Aitro, Webb City, MO, pro se.

Donald R. Duncan, Turner & Reid, M. Douglas Harpool, Kristen Baird Roubal, Lathrop & Gage, Springfield, MO, David Allen Johnston, Jefferson City, MO, for Appellees.

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

## PER CURIAM.

Joe Aitro (Aitro) appeals from the district court's[1] dismissal of his complaint with prejudice. We dismiss the appeal with prejudice for failure to comply with the rules of appellate procedure. *See* Fed. R.App. P. 3(a)(2), 28(a); 8th Cir. R. 28A(f); *Faretta v. California,* 422 U.S. 806, 834–35 n. 46, 95 S.Ct. 2525, 45 L.Ed.2d 562 (1975) (pro se litigants must comply with relevant rules of procedure); *Haugen v. Sutherlin,* 804 F.2d 490, 491 (8th Cir.1986) (where appellant violated Federal Rules of Appellate Procedure and Eighth Circuit Rules pertaining to form for briefs and record, holding that any further filings by appellant would result in sanctions and dismissing appeal as frivolous). Aitro's request for oral argument and his motion seeking remand to state court are denied.

---

**1.** The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.